UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEYED HAKHAMANESH MOSTAFAVI AND AFSANEH BEHBABHANI,

Plaintiff,

-against-

MARCO RUBIO, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE, ET AL.,

Defendants.

25 CIVIL 04382 (NSR)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated August 19, 2026, the Government's Motion to Dismiss is GRANTED in part and DENIED in part. The Government's Motion is DENIED insofar as it seeks dismissal of Plaintiffs' claims as moot or barred by the doctrine of consular nonreviewability. The Government's Motion is also DENIED insofar as it argues that there is no further agency action subject to judicial review under the APA. The Government's Motion is GRANTED, however, with respect to Plaintiffs' APA claims because the alleged delay is not unreasonable, as well as Plaintiffs' Mandamus Act claim. This action is dismissed without prejudice to Plaintiffs bringing a future action should Behbahani's immigrant visa application remain pending for a period that constitutes an unreasonable delay; accordingly, the case is closed.

**Dated:** New York, New York
August 20, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** _______________________
**Deputy Clerk**